**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MAURCEL AMARI GILL,<br>Defendant. | Case No. 3:25-cr-00021-ART-CSD<br>**ORDER GRANTING**<br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between TODD BLANCHE, Acting Attorney General, and SKYLER PEARSON, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for MAURCEL AMARI GILL, that deadline to file any and all pretrial motions and notices of defense be extended from July 24, 2026 to **July 31, 2026.**

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **August 14, 2026**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **August 21, 2026**, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines. Counsel is requesting additional time to file pretrial motions mindful of the current trial date of September 29, 2026 at 9:00 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED 23rd day of July, 2026.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Kate Berry*
KATE BERRY
Assistant Federal Public Defender
Counsel for MAURCEL AMARI GILL

TODD BLANCHE
Acting Attorney General

By: */s/Randloph J. St. Clair*
SKYLER PEARSON
Assistant United States Attorney
Counsel for the Government

**IT IS SO ORDERED.**

**DATED** this 24th day of July, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE