**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAURCEL AMARI GILL

Defendant.

Case No. 3:25-cr-00021-ART-CSD

**ORDER GRANTING**

**STIPULATION TO EXTEND TIME TO FILE REPLY**

(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender KATE BERRY, counsel for MAURCEL AMARI GILL, Attorney General Todd Blanche, and Assistant United States Attorney SKYLER PEARSON, counsel for the United States of America, to extend the time in which the Defendant's Reply in support of Defendant's Motion to Suppress [ECF #32] from September 17, 2026 to October 1, 2026. This is the first request for an extension for time to file reply.

The additional time requested for the filing the responses is requested mindful of the current trial date of December 15, 2026, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 16th day of September, 2026.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Kate Berry* ___________________

KATE BERRY
Assistant Federal Public Defender
Counsel for MAURCEL AMARI GILL

TODD BLANCHE
Attorney General

By: */s/ Skyler Pearson*_____________

SKYLER PEARSON
Assistant United States Attorney
Counsel for United States

**IT IS SO ORDERED.**

**DATED** this 17th day of September, 2026.

___________________________________
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE