**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAURCEL AMARI GILL,

Defendant.

Case No. 3:25-cr-00021-ART-CSD

**ORDER GRANTING**

**STIPULATION TO CONTINUE MOTION HEARING**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender, SEAN A. MCCLELLAND and RAQUEL LAZO, Assistant Federal Public Defenders, counsel for MAURCEL AMARI GILL and TODD BLANCHE, Attorney General of the United States, and CLAY PLUMMER, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Motion hearing set

for November 4, 2026, at 1:00 PM, be vacated and continued to December 16, 2026, at 1:00 PM.

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Counsel requests this additional time in order to allow adequate time to research issues presented in the motion before proceeding with the motion hearing.

3. Mr. Gill is currently on bond and consents to the continuance. Specifically, Mr. Gill was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the first request for continuance of the motion hearing.

DATED this 28th day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By *　/s/ Sean A. McClelland*
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Counsel for MAURCEL GILL

By *　/s/ Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender
Counsel for MAURCEL GILL

TODD BLANCHE
Attorney General of the United States

By *　/s Clay Plummer*
CLAY PLUMMER
Assistant United States Attorney
Counsel for the Government

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Motion Hearing currently set for November 4, 2026, at 1:00 PM, be vacated and continued to **December 16, 2026, at 1:00 PM.**

DATED this 29th day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE